# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STUART DENKER, and VICTORIA DENKER,** | |
| Plaintiffs, | **8:22CV230** |
| vs. | **ORDER** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| Defendant. | |

Counsel have advised the court that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 13th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge